NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CLARENCE JONES,                          )
                                         )
              Appellant,                 )
                                         )
v.                                       )          Case No. 2D17-3805
                                         )
STATE OF FLORIDA,                        )
                                         )
              Appellee.                  )
_____ )

Opinion filed February 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.


              Affirmed.


KELLY, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.